# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE: | Case No. 20-51066-mar |
| HFV LIQUIDATING TRUST, | Chapter 11 |
| Debtor. | Honorable Mark A. Randon |
| | |
| SHELDON STONE, as trustee for the HFV Liquidating Trust, | Adv. Pro. No. 22-04094-mar |
| Plaintiff, | |
| v. | |
| LIFE CARE SERVICES, LLC, and BRUCE BLALOCK, | |
| Defendants. | |

## ORDER APPOINTING MEDIATOR IN ADVERSARY PROCEEDING

This matter comes before the Court upon the Stipulation[1] of the Plaintiff and the Defendants (together, the "Parties"); based on the request and agreement of the Parties IT IS ORDERED THAT:

1. The Stipulation is incorporated by reference as though fully set forth herein, and is approved in its entirety. The terms of the Stipulation shall govern the Mediation.

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Stipulation.

2. The Honorable Phillip J. Shefferly (Ret.) is appointed mediator.

3. The Mediation shall commence on **December 7, 2022.**

4. Except as expressly set forth in the Stipulation, the Parties each respectively reserve and do not waive all rights or arguments regarding the Complaint, the Adversary Proceeding, the LCS Claims, the LCS Administrative Claim, the Claims Objection, and the Administrative Claim Objection. The Parties reserve their right to amend, modify, or supplement such pleadings and to raise additional objections.

5. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

6. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

**Signed on September 23, 2022**

/s/ Mark A. Randon
**Mark A. Randon**
**United States Bankruptcy Judge**