# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE: | Case No. 20-51066-mar |
| HFV LIQUIDATING TRUST, | Chapter 11 |
| Debtor. | Honorable Mark A. Randon |
| SHELDON STONE, as trustee for the HFV Liquidating Trust, | Adv. Pro. No. 22-04094-mar |
| Plaintiff, | |
| v. | |
| LIFE CARE SERVICES, LLC, and BRUCE BLALOCK, | |
| Defendants. | |

**ORDER ON STIPULATION FOR PLAINTIFF'S MOTION TO COMPEL BDO USA P.C.'S COMPLIANCE WITH SUBPOENA**

This matter comes before the Court upon *Stipulation Regarding Plaintiff's Motion to Compel BDO USA P.C.'s Compliance with Subpoena* (the "Stipulation") of the Plaintiff and BDO USA P.C. (together, the "Parties"). Upon consideration of the Parties' stipulation, and this Court being fully informed and for good cause shown, this Court orders as follows:

1. By no later than April 12, 2024, and subject to the entry by this Court of a mutually agreeable protective order by the Parties, BDO shall produce documents identified by Plaintiff in an email dated March 12, 2024, and Audit Committee Wrap-Ups (the "Documents").

2. Plaintiff's Motion to Compel BDO USA P.C.'s Compliance with Subpoena (Adv. Docket No. 97) (the "Motion") is withdrawn without prejudice, and Plaintiff's right to re-file the Motion is reserved.

**IT IS SO ORDERED**.
**Signed on April 1, 2024**



/s/ Mark A. Randon
Mark A. Randon
United States Bankruptcy Judge